IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:14-CR-241 |
| | ) | |
| JUAN ANTONIO MORENO-TAPIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the defendant's motion to vacate prior deportation order, motion to withdraw guilty plea, and motion to dismiss indictment. Based on the undisputed facts recited in open court this day and for the reasons stated in open court, the Court will deny the defendant's motion to vacate the deportation order. The motion to withdraw the guilty plea was conditional on the Court granting the motion to vacate the deportation order, so the motion to withdraw the guilty plea is moot. The motion to dismiss the indictment is also denied as to each count.

It is **ORDERED** that:

1. The motion to vacate prior deportation order, (Doc. 38), is **DENIED**;

2. The motion to withdraw guilty plea, (Doc. 40), is **DENIED as moot**; and

3. The motion to dismiss indictment, (Doc. 41), is **DENIED**.

Entered in open court and signed this the 17th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE